THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF COLORADO, THE STATE OF GEORGIA, THE STATE OF NORTH CAROLINA, THE STATE OF TEXAS, and THE COMMONWEALTH OF VIRGINIA, *EX REL.* ANTONIO SAIDIANI, <br><br> Plaintiffs, <br><br> vs. <br><br> NEXTCARE, INC., NEXTCARE ARIZONA LLC, COLORADO URGENT CARE, LLC, NEXTCARE GEORGIA LLC, NEXTCARE NORTH CAROLINA LLC, MATRIX OCCUPATIONAL HEALTH, INC., NEXTCARE TEXAS LLC, VIRGINIA URGENT CARE, LLC, JOHN SHUFELDT, and DOES 1 THROUGH 25, INCLUSIVE, <br><br> Defendants. | CIVIL ACTION NO. 3:11-cv-00141 <br><br> **CASE UNDER SEAL PURSUANT TO MARCH 25, 2011 ORDER** <br><br> **DO NOT PLACE IN PRESS BOX DO NOT ENTER ON PACER** |

## ORDER

Upon consideration of Relator Antonio Saidiani's Motion to Unseal In Part, and good cause having been shown,

IT IS HEREBY ORDERED that the seal in this action is lifted as to the Complaint and disclosure documents for the sole and limited purpose of:

(1)  Allowing Relator to disclose his Motion for Attorney's Fees, Costs and Expenses and supporting Memorandum to counsel for the relator in the other False Claims Act action pending against NextCare, Inc.; and NextCare, Inc.

2

IT IS FURTHER ORDERED that the Complaint and all other existing papers in this action shall remain under seal until further order of this Court.

IT IS SO ORDERED, this 16 day of July 2012.

GRAHAM C. MULLEN
United States District Judge

3