IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-141-GCM

| | |
|---|---|
| ANTONIO SAIDIANI, | ) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| NEXTCARE, INC., *et al*, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **WILLIAM H. JORDAN**, filed July 23, 2012 [doc.#36].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Jordan is admitted to appear before this court *pro hac vice* on behalf of defendants.

**IT IS SO ORDERED.**

Signed: July 25, 2012

Graham C. Mullen
United States District Judge