IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-141-GCM

| | |
|---|---|
| ANTONIO SAIDIANA, )<br>         **Plaintiff,** )<br>v. )<br>)<br>NEXTCARE, INC., *et al,* )<br>         **Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Yael R. May,** filed June 12, 2013 [doc. # 60].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr May is admitted to appear before this court *pro hac vice* on behalf of plaintiff Antonio Saidiani.

**IT IS SO ORDERED.**

Signed: June 13, 2013

Graham C. Mullen
United States District Judge