IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:11-cv-00141-GCM

THE UNITED STATES OF AMERICA, et al
EX REL. ANTONIO SAIDIANI,

      Plaintiff(s),

VS.

JOHN SHUFELDT

      Defendant(s).

CERTIFICATION AND REPORT
OF F.R.C.P. 26(f) CONFERENCE
AND DISCOVERY PLAN

*Please fill in or check the appropriate blanks (print legibly) to certify completion of the Rule 26(f) Attorney's Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used as a guideline by the judge conducting the Initial Pretrial Conference or issuing the Initial Pretrial Order.*

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on __7/25/2013__ *(date)* [ ] at _____ *(place)* or [x] by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. Pre-Discovery Disclosures. The information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [ ] has been exchanged [x] will be exchanged by __08/08/2013__ *(date)*.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan: [*Use separate paragraphs or subparagraphs as necessary if parties disagree.*

    a) All discovery shall be commenced in time to be completed by __02/28/2014__ *(date)*. [*If needed*] Discovery on __Fact 12/31/2013; Expert 02/28/2014__

    *(identify any issues requiring early discovery)* will be completed by _____ _____ *(date)*.

    b) Discovery Limits:
    1) Maximum of __20__ *(ordinarily 20)* interrogatories by each party to any other party.

2) Maximum of __20__ *(ordinarily 20)* requests for admission by each party to any other party.

3) Maximum of __6__ depositions by plaintiff(s) and __6__ by defendant(s) *(ordinarily 6 each)* [or ___ *by each plaintiff and* ___ *by each defendant*].

c) Reports from retained experts under Rule 26(a)(2) will be due:
-from plaintiff(s) by __02/28/2014__ *(date)*
-from defendant(s) by __02/28/2014__ *(date)*
Supplementations under Rule 26(e) due __03/31/2014__ *(list times(s) or interval(s))*

4. Other Items. *[Attach separate paragraphs as necessary if parties disagree.]*

   a) The parties [X] request [ ] do not request a conference with the court before entry of the scheduling order.

   b) All potentially dispositive motions should be filed by __04/30/2014__ _____ *(date, ordinarily one month after the close of discovery).*

   c) Settlement:
   [ ] is likely
   [ ] is unlikely
   [X] cannot be evaluated prior to __12/31/13, end of fact discovery__ *(date)*
   [ ] may be enhanced by use of the following ADR procedure:
      [ ] Mediated Settlement Conference
      [ ] binding arbitration
      [ ] judicial settlement conference
      [ ] other _____

   The parties agree that the above selected ADR procedure would be most useful if conducted:

   [ ] after resolution of any outstanding dispositive motions, but prior to further discovery;
   [ ] after an initial round of preliminary discovery to be completed by _____ *(date);*
   [ ] after the completion of discovery;
   [ ] after resolution of summary judgment motions, if any;
   [ ] not applicable.

   d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
   from plaintiff(s) by __04/30/2014__ *(date)*
   from defendant(s) by __04/30/2014__ *(date)*

   e) If the case is ultimately tried, trial is expected to take approximately _____ __10__ days.

f) [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge.

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, etc., unmovable scheduling conflicts):

   Defendant requests discovery be bifurcated as to indemnification and liability. Plaintiff objects to Defendant's request for discovery bifurcation. Accordingly, the Parties seek a conference with the Court before entry of the Scheduling Order.

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |
|---|---|---|---|---|---|
| [signature] | Plaintiff | 7/25/13 | [signature] | Def. | 7/30/13 |
| [signature] | Plaintiff | 7/25/13 | [signature] | Def. | 7/30/13 |
| [signature] | Plaintiff | 7/25/13 | | | |
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |

*(Attach additional Sheets if necessary)*