UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-141

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*et al., ex rel.* ANTONIO SAIDIANA, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEXTCARE, INC., *et al*, )<br>Defendants. ) | O R D E R |

THIS MATTER is before the Court on its own motion.

IT IS HEREBY ORDERED that the trial in this matter is **RE-SET** for the **February 9, 2015** trial term at 10:00 a.m. in Courtroom #3.

SO ORDERED.

Signed: August 28, 2014

Graham C. Mullen
United States District Judge