# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11CV141

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, <br> *EX REL.* ANTONIO SAIDIANI, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTCARE, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

This matter is before the Court upon its own motion. On September 18, 2014, the Court entered an Order Dismissing Relator Saidiani's case, but held this matter open for a period of 60 days in order for the United States to make a determination as to what steps, if any, it would take with respect to this litigation. On October 16, 2014, the government indicated that it does not intend to take any action in this case. Accordingly,

    IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice.

Signed: December 16,

Graham C. Mullen
United States District Judge